Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Shelly_Richter@fd.org

*Attorney for Petitioner Victor Ozaraha Gonzalez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Victor Ozaraha Gonzalez,<br><br>              Petitioner,<br><br>       v.<br><br>Todd Blanche, et al.,<br><br>              Respondents. | Case No. 2:26-cv-01792-GMN-MDC<br><br>Stipulation to Extend Time to File First Amended Petition |

## STIPULATION

Petitioner Gonzalez and Federal Respondents, through undersigned counsel, hereby submit this stipulation for an extension of time for Petitioner's first amended petition and IFP application or filing fee, extending the deadline from June 26, 2026, to July 17, 2026.

Petitioner's counsel conferred with Respondents' counsel regarding the proposed extension, and Respondents' counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition and IFP application or filing fee from June 26, 2026, to July 17, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 24th day of June, 2026.

**TODD BLANCHE**
Deputy Attorney General
Sigal Chattah
First Assistant U.S. Attorney
By: /s/ Russell Webb
Russell Webb
Assistant U.S. Attorney

**RENE L. VALLADARES**
Federal Public Defender
Nevada Bar #11479

By: /s/ Shelly Richter
Shelly Richter
Assistant Federal Public Defender
California Bar #343104

IT IS SO ORDERED:

_____
United States District Court

DATED: ___June 24, 2026_____

2