**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR OZARAHA GONZALEZ,

Petitioner,

vs.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-01792-GMN-MDC

**ORDER GRANTING MOTION TO TRANSFER**

Before the Court is the Unopposed Motion to Transfer Petitioner for Effectuation of Voluntary Departure Order, (ECF No. 15). Based on the contents of the Motion and the Immigration Judge's ("IJ") order granting Petitioner's request for pre-conclusion voluntary departure, it appears to the Court that Petitioner will be released from detention and allowed to self-deport no later than September 8, 2026. (*See* IJ Order at 2–3, Ex. A to Mot. Transfer, ECF No. 15-1). The Court thus GRANTS the Motion as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Transfer Petitioner for Effectuation of Voluntary Departure Order, (ECF No. 15), is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner must either file a Stipulation to Dismiss the First Amended Petition or explain why the First Amended Petition should not be dismissed as moot no later than August 24, 2026.

**DATED** this 17 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT